COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:       Viveka Hubbard v. Terrance Hubbard

Appellate case number:    01-14-00122-CV

Trial court case number:  2013-74561

Trial court:                      310th District Court of Harris County

On April 3, 2014, appellant mistakenly filed an affidavit of inability to pay costs on appeal with our Court instead of the trial court. *See* TEX. R. APP. P. 20.1(c)(1). On April 22, 2014, the Clerk of our Court transmitted a copy of the affidavit with a notice to the trial court clerk directing the trial court clerk to prepare, certify, and file with this Court a clerk's record on indigence. *See* TEX. R. APP. P. 34.5(c)(1). On October 6, 2014, the district court clerk's office filed a clerk's record on indigence containing: (1) the district court clerk's April 29, 2014 contest to appellant's affidavit of indigence; (2) the district court clerk's April 29, 2014 motion for extension of time for hearing on the contest; (3) a notice that the hearing on the contest would be held on May 7, 2014; (4) a certificate of service from the district court clerk indicating that the district court clerk's filings were mailed to appellant on April 28, 2014; and (5) the trial court's May 7, 2014 order sustaining the district court clerk's contest to appellant's affidavit. A reporter's record of the May 7, 2014 contest hearing was filed on October 15, 2014.

The record demonstrates that the contest to the affidavit was filed within 10 days after its receipt by the trial court. *See* TEX. R. APP. P. 20.1(e)(1). The trial court set a hearing and notified the parties and the appropriate court reporter of the setting. *See* TEX. R. APP. 20.1(i)(1). The hearing on the contest was held within 10 days after the contest was filed. *See* TEX. R. APP. 20.1(i)(2)(A). The trial court signed its order sustaining the contest within the period set for hearing. *See* TEX. R. APP. P. 20.1(i)(4). Appellant did not file a motion seeking review of the order within 10 days after the order was signed or within 10 days after the notice of appeal was filed. *See* TEX. R. APP. P. 20.1(j)(1), (2). Accordingly, appellant is not entitled to proceed with this appeal without advance payment of costs and the required appellate filing fee remains due.

It is ORDERED that appellant pay the appellate filing fee of $195.00 to this Court on or before **October 29, 2014**, or the appeal will be dismissed. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013).

Moreover, the court reporter responsible for preparing the record in this appeal has informed the Court that appellant has not made arrangements to pay for the reporter's record. Unless appellant provides the Court, on or before **October 29, 2014**, with either proof of payment for preparation of the reporter's record or proof of having made payment arrangements for the reporter's record, the Court may consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                 ☑ Acting individually    ☐ Acting for the Court

Date: October 15, 2014